UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| 57 East Pleasant Street, LLC<br>Plaintiffs,<br><br>v.<br><br>Berkshire Hathaway GUARD<br>Insurance Companies in<br>cooperation with Phillips<br>Insurance Agency,<br><br>And<br><br>AmGuard Insurance Company,<br>Defendants. | Civil Action No. |

### NOTICE OF APPEARANCE FOR AMGUARD INSURANCE COMPANY

TO THE CLERK:

    Kindly enter my appearance as counsel for the defendants, Berkshire Hathaway Guard Insurance Companies and AmGuard Insurance Company.

                                    AMGUARD INSURANCE COMPANY,
                                    By its attorney,

                                  /s/ *David M. O'Connor*

Dated: July 8, 2019
                                  David M. O'Connor
                                  BBO No. 544166
                                  O'CONNOR & ASSOCIATES, LLC
                                  325 Boston Post Road
                                  Sudbury, MA  01776
                                  (978) 443-3510
                                  doconnor@oconnorllc.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and accurate copy of the above document was served by 1st class mail and email on all counsel of record on July 8, 2019.

/s/ *David M. O'Connor*
_____
David M. O'Connor